

U.S. Department of Justice

United States Attorney
Eastern District of New York

PGS:ss
F. #2000R00295

610 Federal Plaza
Central Islip, New York 11722

March 15, 2024

By E-mail

Clerk of Court
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722

        Re:    United States v. Saverio Galasso III
                 Docket No. 00-CR-122

Dear Clerk of Court:

        Please accept this letter as formal request to have Defendant Saverio Galasso III reassigned to a new judge for the purpose of sentencing or, if he has already been sentenced, for the purpose of entering a judgment on the docket, so that our office may close out its case.  Please contact me at the number below should you have any questions.

        Very truly yours,

        BREON PEACE
        United States Attorney

By:   /s/ Paul G. Scotti
       Paul G. Scotti
       Assistant U.S. Attorney
       (631) 715-7836